UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INA SCHNITZER et al., <br><br>              Plaintiff(s),<br>     v.<br><br>SANDS WEST, INC.,<br><br>              Defendant(s). | CASE NO. 2:22-cv-00460-TL <br><br> ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

On June 16, 2022, Defendant Sands West, Inc. d/b/a Sands Showgirls ("Sands West") and Plaintiffs filed a Stipulated Motion for Withdrawal and Substitution of Counsel in connection with the representation of Sands West. Dkt. No. 18.

Upon consideration of the Parties' Stipulation, records and proceedings herein, IT IS HEREBY ORDERED that Christopher E. Hawk of the law firm Gordon Rees Scully Mansukhani, LLP is substituted as counsel of record for Sands West. The Parties' Motion is GRANTED.

Dated this 17th day of June 2022.

Tana Lin
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2